# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADAMIS ARIAS,** | : | Civil No. 3:21-cv-0978 |
| Petitioner, | : | |
| v. | : | (Magistrate Judge Carlson) |
| **SUPERINTENDENT, SCI FAYETTE,** | : | |
| Respondent. | : | |

## **ORDER**

AND NOW, this 25th day of July 2024, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the petition for a writ of habeas corpus in this case is DENIED, and that a certificate of appealability will not issue.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge